# UNITED STATES DISTRICT COURT
### FOR THE
## DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA    :

              v.                    :                    No. 2:4cr887-1(DMC)


Arturo Martinez                     :


It appearing to the Court that   Arturo Martinez   who has been on supervised release since   November 2,  2009  has filed a letter motion for Early termination of his Supervised Release; and

The US Probation officer, Andrea Shumsky, who was  in charge of his/her supervision, prior to being put on low intensity reporting  having no objection; and

The United States Attorney's Office having no objection; and

For good cause shown;

It  is on this   14th        day of   January, 2013,

ORDERED that Arturo Martinez be unconditionally discharged from the remainder of his Supervised Release.



  S/DENNIS M. CAVANAUGH
Dennis M. Cavanuagh, U.S.D.J.